[Nos. 14816-1-II; 15686-5-II.  Division Two.  February 17, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v.
PAUL D. HALL, *Appellant*.

Appeals from judgments of the Superior Court for Pacific County, No. 90-1-00172-3, Joel M. Penoyar, J., entered March 5 and November 15, 1991. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 15286-0-II.  Division Two.  February 18, 1994.]

PAUL HENDRICKSON, ET AL, *Respondents*, v. GREGORY
D. MOBLEY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-2-01033-5, Roger A. Bennett, J., entered July 31, 1991. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.

[No. 15445-5-II.  Division Two.  February 18, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN LEE
STEWART, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-03254-1, D. Gary Steiner, J., entered October 14, 1991. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 15734-9-II.  Division Two.  February 18, 1994.]

*In the Matter of* J.M.D., ET AL.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-5-00219-6, James D. Roper, J., entered January 17, 1992. *Affirmed* by unpublished opinion per Morgan, C.J., concurred in by Alexander and Houghton, JJ.